IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHARLES TERRY KIMBRELL, Individually
and Derivatively on Behalf of Nominal Defendant
PEACOCK GOLF PRODUCTS, INC.**                    **PLAINTIFF**

VS.                              CASE NO.  4:06CV01596

**FRANK BEAUCHAMP,
HELEN RUTH PEACOCK BEAUCHAMP and
ZELLA HARRELL**                                  **DEFENDANTS**

**AND**

**PEACOCK GOLF PRODUCTS, INC.**                  **NOMINAL DEFENDANT**

## ORDER

Pending is the parties joint motion for voluntary dismissal of separate defendant Zella Harrell.  (Docket # 29).  For good cause shown, and in the interest of justice, the motion is GRANTED.  Separate Defendant Zella Harrell is hereby dismissed without prejudice.

IT IS SO ORDERED this 27th  day of November,  2007.

                                                        James M. Moody
                                                        United States District Judge