IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES TERRY KIMBRELL,
Individually and Derivatively on
Behalf of Nominal Defendant
PEACOCK GOLF PRODUCTS, INC.                                              PLAINTIFF

v.                              CASE NO. 4:06-CV-01596

FRANK BEAUCHAMP and
HELEN RUTH PEACOCK BEAUCHAMP                                    DEFENDANTS

-and-

PEACOCK GOLF PRODUCTS, INC.                          NOMINAL DEFENDANT

## ORDER

The court has received notice that defendant has filed a petition in the United States Bankruptcy Court for the Eastern District of Arkansas.

IT IS THEREFORE ORDERED that the Clerk administratively terminate this case without prejudice to the rights of the parties to reopen this case for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. This case will, however, be re-opened only if an application to re-open is filed within sixty (60) days of the final disposition of the Bankruptcy proceeding. If no timely motion to re-open is filed, this order shall be deemed a final order of dismissal with prejudice as to all claims made in this case.

Dated this 9th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE